UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>**Santos Mejia-Nieto**<br>Defendant(s) | CRIMINAL NO. **08mj0626**<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. **33113359** |

On order of the United States District/(Magistrate Judge,)   **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).)

**Jose Hernandez-Ibarra**

DATED: **3-13-08**

RECEIVED _____
         DUSM

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082