## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
         Plaintiff                      )    CRIMINAL NO. _08mj0626_
                    )    ORDER
            vs.               )    RELEASING MATERIAL WITNESS
 Santos Mejia -Nieto       )
         Defendant(s)                   )    Booking No. 33113359
_____ )

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Gustavo Mateo-Abarca

DATED: _3-13-08_

**CATHY ANN BENCIVENGO**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

RECEIVED _____
           DUSM

W. SAMUEL HAMRICK, JR.   Clerk
   by _____
       Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95          ☆ U.S. GPO: 2003-581-774/70082