1  Linda A. King, Esq.  SBN. 087138
   LAW OFFICES OF LINDA A. KING & ASSOCIATES
2  2044 First Avenue, Suite 200
   San Diego, California 92101-2079
3  Telephone: (619) 233-8034

4  Attorney for Material Witnesses

FILED

08 MAR 14 PM 3: 15

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA; | Case NO. : |
| | MAG. CASE: 08mj0626 |
| Plaintiff, | |
| vs. | ORDER RELEASING |
| | MATERIAL WITNESS(ES) |
| SANTOS MEJIA NIETO, | |
| Defendant. | |

On application of Linda A. King, attorney for the named material witnesses, JOSE HERNANDEZ-IBARRA, NELSON MARTINEZ-LOPEZ and GUSTAVO MATEO-ABRCA, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the above-named witnesses heretofore committed to the custody of the United States Marshall as material witnesses be released as material witnesses. The material witnesses will be remanded to Immigration and Naturalization Service and returned to the country of origin immediately.

Date: 3/14/08

_____
CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

ORDER RELEASING MATERIAL WITNESS(ES)